# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance - Pro Se

**EPHRAIM WOODS JR.**

v.

**CHERYL ROSS
& KENDRA ROSS**

Case No. 22-3046

(D.C. No. 2:21-CV-02011-DCC-TJJ)
(D. Kan.)

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

_____**APPELLANT**_____ in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☒ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☐ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_[signature]_
Signature

EPHRAIM WOODS JR.
Name
2111 N. 10th Street
Mailing Address
Kansas City    KS        66104
City           State     Zip Code

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on __MARCH 21ˢᵗ, 2022__ I sent a copy of
[date]
the Pro Se Entry of Appearance Form to: __KENDRA ROSS, et al.,__

at __(Ward of) Attorney Christopher S. Dove DRZ Law__
__8700 State Line Road Suite 305__
__Leadwood, Kansas 66206__ , the last known

address/email address, by __first class mail, postage prepaid__ .
[state method of service]

__March 21ˢᵗ, 2022__
Date

*[Signature]*
Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

**CHERYL ROSS** Private party (Has no currently known address as she has been and still is apparently evading all court documents) All USPS mailings to the address of **3547 Spottswood Ave. Memphis, TN 38111** have come back "return to sender" or "no forwarding address." F.R.C.P. 5 b.
This is the address where CHERYL ROSS was served and signed the Process Server's forms to appear in the county court on October 1ˢᵗ, 2020.

A-5a Pro Se Entry of Appearance Form 10/09

# PRIORITY MAIL

**FROM:**
"We The People"
c/o The Righteous
2111 N. 10th Street
Kansas City, KS 66104

**TO:**
United States Court of Appeals
For The Tenth Circuit
Byron White United States Courthouse
(Attn: Clerk of Court)
1823 Stout Street
Denver, CO 80257

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

PRIORITY MAIL
POSTAGE REQUIRED